IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | CASE NO. 3:01CV670 |
| | ) | (Financial Litigation Unit) |
| MONICA C. VANPELT, | ) | |
| aka/MONICA V JOHNSON, | ) | |
|     Defendant, | ) | |
| and | ) | |
| | ) | |
| QUALITY CARE, INC., | ) | |
| FIRST STEP LEARN & PLAY, | ) | |
|     Garnishee. | | |

DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment filed in this case on November 14, 2006, against the defendant Monica C. Vanpelt, aka/ Monica V. Johnson is **DISMISSED**.

**SO ORDERED**.

Signed: November 29, 2006

_____
Carl Horn, III
United States Magistrate Judge